IN THE UNITED STATES DISTRICT COURT
Northern District of Georgia

Torrey Coleman
v
Cobb County

## Amendment to Complaint

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
19 APR -A 2017
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk
1983
2017

Comes now Torrey Coleman Who files my 1983 Complaint 2017 Who Amends my Complaint showing Grounds why Plaintiff/Petitioner above style has Grounds to Proceed in forma Pauperis due to extraordinary Circumstances and why my 1983 must Proceed. Defendant Shows:

### Ground #1

Document #1 shows the Petitioner was Pulled from my area of housing and Physically Threatened By Major Williams and Colonel Prince. Without order by no Court or anyone I was Interrogated, Threatened and questioned on my Charges/Case if I do not take a Plea of Guilty. Colonel Prince said she will not be held responsible To what happens to me. Notice I Grieve These actions Performed by Major Williams and Colonel Prince. Major Williams Intercepted this Grievance and answered it himself admitting to Pulling me out and talking about my case.

Document #2 is a Response to my Grievance where my OUT GOING LEGAL Mail has been read intercepted and Blocked, wich is why this is my 5th attempt to report this matter to this federal Court.

Document #3 is a Sworn Statement by a Cobb County Officer Who also Swear my life is in danger.

I declare upon Penalty of Purjury the foregoing is True this 30 day of March 2017.

1:17-cv-1209-CAP

Respectfully
Torrey Col[eman]

Governor of Georgia
ETA Agencies

Indictment #

## Certificate of service and Notary Witness Support
### Complaint Attached

I Public Official Patrick E Martel CCSO. Have fully reviewed the Documents Submitted by Torrey Coleman who has been Unfully Imprisoned in Cobb County Correctional Adult Detention Center Since December, 14 2015. from reviewing Warrant 15-W-4232 Produced by Sgt Vans and Bordorder 15-W-3[?] that was Produced with Warrant 15-W-3740, I Find these Documents to be Highly inconsistent to the Policy and Procedure of Cobb County Sheriff's Department Processing. These Documents and Complaint are also sent/forwarded to the following Agencies who can investigate this injustice and I also witness & verify Mr. Colemans life is in serious danger, and documents verify Mr. Coleman has been deprived improperly of his liberty. The following Documents were Sent Via US Mail This 17 day to:

Rebecca Keaton Clerk of Superior Court P.O. Box 3370 [Marietta], GA [303]70

GA Attorney Gen. Sam Olens Atlanta, GA

ACLU P.O. Box 77208 Atlanta, GA 30357

Governor Deal 206 Washington ST. 111 Capitol, Atlanta, Ga. 30334

GBI Headquarters 312 Panthersville RD., Decatur, GA 30034

Judicial Qualification Com P.O. Box 191 Madison, GA 30650

CC: Commissioner Cupid, CC: Internal Affairs CCSD, CC: FBI, CC: US Attorney General, D.O.J.

SWORN Before me this 17th day of November, 2016

_____
Notary

_____
Torrey Coleman

Michael Parrish #001035850
witness #1

[Signature] 692415
witness #2

Victor T Williams
witness #3
#00104

[Notary seal: PATRICK EUGENE MARTEL, NOTARY PUBLIC, GEORGIA, BARTOW COUNTY, EXPIRES OCT. 9, 2018]

COBB COUNTY DETENTION FACILITY
INMATE GRIEVANCE FORM
CASE # 35376

# 49722

Inmate Name: Coleman, Torrey
Cell Location: L5
Date Issued: 12/21/16
Issued by: D/S Hawkins

SOID: 8110246

DATE OF INCIDENT 12/20/2016

BRIEFLY STATE YOUR GRIEVANCE: Three Oclock Hr I was pulled from my housing unit by a Sargent and taken to see Major Williams and Colonel Prince in her office to discuss the contents of my legal mail I have been sending to State and federal Administration about my current pending case. I was accused of writing accusations that were false and out right lying. The only way to make such accusations was if my mail was read. I refused to speak and asked to leave. Colonel Prince began yelling aggressively in an intimidating demeanor and said I could not leave until I speak to her and Major Williams without an Attorney. I fear for my life. C.C. Department of Corrections. S.C. DA

Inmate: Signature/Date 12-20-16
Received by: Signature/Date  ALJIZUA 1625 12/21/16

Date Forwarded: 122216   Respond by Date: 010517   Grievance Voided ( )

( ) Team 1 ( ) Team 2 ( ) Team 3 ( ) Team 4 ( ) Medical ( ) Inmate Worker / Participant

( ) Food Service ( ) Maintenance ( ) Law Library ( ) Accounting ( ) Commissary ( ) Mail

( ) Classification ( ) Sentencing ( ) Religion ( ) Visitation ( ) Segregation ( ) I/M Property

( ) Inmate Recreation ( ) Laundry ( ) Court Services / Operations (X) Support Services Staff

Response: Mr. Coleman, you were escorted to admin to simply explain your current charges to you in attempt to clear up any doubts you had about the legitimacy of your incarceration. You were not yelled at nor were you questioned bout your case(s) in anyway

Staff Signature/Date Maj. W.G. Will #131   122316

Received by Inmate / Signature-Date   12/23/16
Response Returned by Staff/Signature-Date   #354  12/23/16

Note: You must submit your grievance on the same day you receive it. You have 48 hrs to appeal the findings from the date of response. (You must request an appeal form)

WHITE COPY: ORIGINAL/FILE    YELLOW COPY: INMATE RESPONSE    PINK COPY: INMATE REQUEST

Revised 8/11/2015

Document #2



# Cobb County Sheriff's Office
# Grievance Response

TO: Torrey Coleman

FROM: Sgt. Finley

DATE: Sunday, December 11, 2016

RE: Grievance

---

Regarding your four Grievances dated 11-30 (x3), & one on 12-5-2016:
#49343, 49344, 49529, 49540

All four of your grievances pertain to the same event. ALL mail is searched within facility. Mail can and will be opened for further inspection due to security concerns. This is not the proper channel for any postal investigation you wish to happen.



